would grant certiorari.

No. 89–7188.   DEBOUE v. LOUISIANA.   Sup. Ct. La.;
No. 89–7355.   EYLER v. ILLINOIS.   Sup. Ct. Ill.;
No. 89–7430.   ABU-JAMAL v. PENNSYLVANIA.   Sup. Ct. Pa.;
No. 89–7444.   JONES v. MISSOURI.   Sup. Ct. Mo.;
No. 89–7468.   BRADLEY v. ALABAMA.   Sup. Ct. Ala.;
No. 89–7473.   RESNOVER v. INDIANA.   Sup. Ct. Ind.;
No. 89–7476.   RYAN v. NEBRASKA.   Sup. Ct. Neb.;
No. 89–7491.   CALLAHAN v. ALABAMA.   Sup. Ct. Ala.;
No. 89–7570.   DAVIS v. KEMP, WARDEN.   Sup. Ct. Ga.;
No. 89–7577.   LOWERY v. INDIANA.   Sup. Ct. Ind.;
No. 89–7616.   PITTS v. GEORGIA.   Sup. Ct. Ga.;
No. 89–7617.   BREWER v. OHIO.   Sup. Ct. Ohio;
No. 89–7632.   SMITH v. VIRGINIA.   Sup. Ct. Va.;
No. 89–7638.   HALL v. GEORGIA.   Sup. Ct. Ga.;
No. 89–7640.   MARTIN v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;
No. 89–7661.   GIARRATANO v. PROCUNIER, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.   C. A. 4th Cir.;
No. 89–7672.   LANG v. CALIFORNIA.   Sup. Ct. Cal.;
No. 89–7719.   BREAKIRON v. PENNSYLVANIA.   Sup. Ct. Pa.;
No. 89–7732.   SCOTT v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.   C. A. 11th Cir.;
No. 89–7786.   FINNEY v. KEMP, WARDEN.   Sup. Ct. Ga.;
No. 89–7793.   McMILLIN v. MISSOURI.   Sup. Ct. Mo.;
No. 89–7806.   O'SHEA v. PENNSYLVANIA.   Sup. Ct. Pa.;
No. 89–7835.   COLLINS v. ZANT, WARDEN.   C. A. 11th Cir.;
No. 89–7839.   THOMPSON v. CALIFORNIA.   Sup. Ct. Cal.;
No. 89–7884.   JACKSON v. CALIFORNIA.   Sup. Ct. Cal.;
No. 90–5003.   SATTIEWHITE v. TEXAS.   Ct. Crim. App. Tex.;
No. 90–5015.   GARY v. GEORGIA.   Sup. Ct. Ga.;
No. 90–5027.   AMRINE v. MISSOURI.   Sup. Ct. Mo.;
No. 90–5029.   BELL v. SOUTH CAROLINA.   Sup. Ct. S. C.;
No. 90–5051.   MOORE v. OKLAHOMA.   Ct. Crim. App. Okla.;
No. 90–5066.   FIELDS v. ILLINOIS.   Sup. Ct. Ill.;
No. 90–5328.   HAWKINS v. ILLINOIS.   Sup. Ct. Ill.;
No. 90–5109.   FRANKLIN v. ILLINOIS.   Sup. Ct. Ill.;
No. 90–5123.   JAMISON v. OHIO.   Sup. Ct. Ohio;
No. 90–5148.   GREEN v. SOUTH CAROLINA.   Sup. Ct. S. C.;

No. 90–5152.  CLEMMONS v. MISSOURI.  Sup. Ct. Mo.;
No. 90–5171.  POWELL v. OHIO.  Sup. Ct. Ohio;
No. 90–5211.  SAVINO v. VIRGINIA.  Sup. Ct. Va.;
No. 90–5217.  HIGHTOWER v. GEORGIA.  Sup. Ct. Ga.;
No. 90–5222.  REED v. FLORIDA.  Sup. Ct. Fla.;
No. 90–5236.  WEEKS v. ALABAMA.  Ct. Crim. App. Ala.;
No. 90–5297.  CANAAN v. INDIANA.  Sup. Ct. Ind.;
No. 90–5305.  JACOBS v. TEXAS.  Ct. Crim. App. Tex.;
No. 90–5444.  MORELAND v. OHIO.  Sup. Ct. Ohio; and
No. 90–5453.  SCHNEIDER v. MISSOURI.  Sup. Ct. Mo.  Certiorari denied.  Reported below: No. 89–7188, 552 So. 2d 355; No. 89–7355, 133 Ill. 2d 173, 549 N. E. 2d 268; No. 89–7430, 521 Pa. 188, 555 A. 2d 846; No. 89–7444, 784 S. W. 2d 789; No. 89–7473, 547 N. E. 2d 814; No. 89–7476, 233 Neb. 74, 444 N. W. 2d 610; No. 89–7491, 557 So. 2d 1311; No. 89–7577, 547 N. E. 2d 1046; No. 89–7616, 259 Ga. 745, 386 S. E. 2d 351; No. 89–7617, 48 Ohio St. 3d 50, 549 N. E. 2d 491; No. 89–7632, 239 Va. 243, 389 S. E. 2d 871; No. 89–7638, 259 Ga. 412, 383 S. E. 2d 128; No. 89–7640, 891 F. 2d 807; No. 89–7661, 891 F. 2d 483; No. 89–7672, 49 Cal. 3d 991, 782 P. 2d 627; No. 89–7719, 524 Pa. 282, 571 A. 2d 1035; No. 89–7732, 891 F. 2d 800; No. 89–7793, 783 S. W. 2d 82; No. 89–7806, 523 Pa. 384, 567 A. 2d 1023; No. 89–7835, 892 F. 2d 1502; No. 89–7839, 50 Cal. 3d 134, 785 P. 2d 857; No. 89–7884, 49 Cal. 3d 1170, 783 P. 2d 211; No. 90–5003, 786 S. W. 2d 271; No. 90–5015, 260 Ga. 38, 389 S. E. 2d 218; No. 90–5027, 785 S. W. 2d 531; No. 90–5029, 302 S. C. 18, 393 S. E. 2d 364; No. 90–5051, 788 P. 2d 387; Nos. 90–5066 and 90–5328, 135 Ill. 2d 18, 552 N. E. 2d 791; No. 90–5109, 135 Ill. 2d 78, 552 N. E. 2d 743; No. 90–5123, 49 Ohio St. 3d 182, 552 N. E. 2d 180; No. 90–5148, 301 S. C. 347, 392 S. E. 2d 157; No. 90–5152, 785 S. W. 2d 524; No. 90–5171, 49 Ohio St. 3d 255, 552 N. E. 2d 191; No. 90–5211, 239 Va. 534, 391 S. E. 2d 276; No. 90–5217, 259 Ga. 770, 386 S. E. 2d 509; No. 90–5222, 560 So. 2d 203; No. 90–5236, 568 So. 2d 864; No. 90–5297, 541 N. E. 2d 894; No. 90–5305, 787 S. W. 2d 397; No. 90–5444, 50 Ohio St. 3d 58, 552 N. E. 2d 894; No. 90–5453, 787 S. W. 2d 718.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153,

231 (1976), I would grant certiorari and vacate the death sentences in these cases.